UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES WALKER | * | CIVIL ACTION NO: 6:23-CV-00970 |
| | * | |
| VERSUS | * | JUDGE: ROBERT R. SUMMERHAYES |
| | * | |
| WALMART, INC., JV MANUFACTURING, INC., ET AL | * | MAGISTRATE: DAVID J. AYO |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER TO PETITION OF INTERVENTION

NOW INTO COURT, through undersigned counsel, comes the plaintiff/defendant-in-intervention, CHARLES WALKER, who answers the Petition of Intervention filed by WASTE CONNECTIONS BAYOU, INC., as follows:

1.

The allegations contained in Paragraph 1 of the Petition for Intervention are denied for lack of sufficient information to justify belief therein.

2.

The allegations contained in Paragraph 2 of the Petition for Intervention are admitted.

3.

The allegations contained in Paragraph 3 of the Petition for Intervention are admitted.

4.

The allegations contained in Paragraph 4 of the Petition for Intervention are denied for lack of sufficient information to justify belief therein.

5.

The allegations contained in Paragraph 5 of the Petition for Intervention are denied for lack

of sufficient information to justify belief therein.

6.

The allegations contained in Paragraph 6 (incorrectly numbered as paragraph 7) of the Petition for Intervention are denied for lack of sufficient information to justify belief therein.

7.

The allegations contained in Paragraph 7 (incorrectly numbered as paragraph 8) of the Petition for Intervention are denied for lack of sufficient information to justify belief therein.

WHEREFORE, Plaintiff prays that this Answer be deemed good and sufficient and that after due proceedings are had, there be judgment herein in favor of CHARLES WALKER and against WASTE CONNECTIONS BAYOU, INC., dismissing this claim with prejudice, at their sole cost.

Respectfully submitted:
*The Law Office of Stephen C. Gaubert*

_____
**Stephen C. Gaubert**, Bar Roll No. 29205
600 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Phone (337) 354-3000
Fax   (337) 354-3001
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES WALKER | * | CIVIL ACTION NO: 6:23-CV-00970 |
| | * | |
| VERSUS | * | JUDGE: ROBERT R. SUMMERHAYES |
| | * | |
| WALMART, INC., JV MANUFACTURING, INC., ET AL | * | MAGISTRATE: DAVID J. AYO |

*************************************************************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this date been forwarded to all counsel of record by facsimile, email, and/ or depositing a copy of same in the U.S. Mail, postage pre-paid and properly addressed.

Lafayette, Louisiana this _12_ day of _December_, 20_23_

_____
Stephen C. Gaubert