## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **CHARLES WALKER** | * | **CASE NO 6:23-CV-00970** |
| | * | |
| **VERSUS** | * | **JUDGE ROBERT R. SUMMERHAYS** |
| | * | |
| **WALMART INC.,** | * | **MAGISTRATE JUDGE AYO** |
| **JV MANUFACTURING INC., ET AL.** | * | |

## ANSWER TO PETITION OF INTERVENTION

NOW INTO COURT, through undersigned counsel, comes Defendant, JV Manufacturing, Inc. ("JV Manufacturing"), and in response to Waste Connections Bayou, Inc.'s ("Waste Connections") *Petition of Intervention* (the "Petition"), respectfully represents as follows:

I.

The allegations contained in Paragraph 1 of the Petition are denied.

II.

The allegations contained in Paragraph 2 of the Petition are admitted.

III.

The allegations contained in Paragraph 3 of the Petition are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations contained in Paragraph 4 of the Petition are denied for lack of sufficient information to justify a belief therein.

V.

The allegations contained in Paragraph 5 of the Petition are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations contained in Paragraph 7 (sic) of the Petition are denied for lack of sufficient information to justify a belief therein.

VII.

In response to the allegations contained in Paragraph 8 (sic) of the Petition, JV Manufacturing adopts and reiterates all of the answers to the allegations its original answer to Charles Walker's *Petition for Damages*. If there is any allegation contained in Paragraph 8 (sic) of the Petition that has not been answered, it is denied.

VIII.

The allegations contained in all paragraphs of the prayer for relief are denied.

**AFFIRMATIVE DEFENSES**

AND NOW, in further response to the allegations set forth in the *Petition of Intervention*, JV Manufacturing pleads the following Affirmative Defenses:

IX.

Waste Connections fails to state a claim against JV Manufacturing upon which relief can be granted.

X.

Waste Connections cannot state a cause of action under La. C.C. art. 2317.

XI.

JV Manufacturing avers that it is entitled to a credit and/or set-off for any and all payments made to or on behalf of Charles Walker and/or Waste Connections in this matter by JV Manufacturing, its insurer, or any other insurer or entity, and JV Manufacturing expressly pleads extinguishment of any obligation due to Charles Walker and/or Waste Connections to the full extent of such payments.

XII.

JV Manufacturing adopts and reiterates the affirmative defenses asserted in its original *Answer to Petition for Damages* contained in Paragraphs 20 through 24.

XIII.

To the extent that medical expenses are owed, JV Manufacturing affirmatively states that any such expenses are subject to the amounts paid by Waste Connections, not the amounts charged to Waste Connections and/or Charles Walker.

XIV.

JV Manufacturing hereby gives notice that it intends to rely upon any other defense that may become available or appear during the proceedings in this case and hereby reserves its right to amend its answer and defenses to assert any such defense.

XV.

JV Manufacturing hereby adopts and pleads all affirmative defenses asserted by Walmart, Inc. in its *Answer to Petition of Intervention*.

XVI.

JV Manufacturing hereby demands a trial by jury.

**WHEREFORE,** defendant, JV Manufacturing, Inc., prays that this, its Answer to the *Petition of Intervention*, be deemed good and sufficient, and, after due proceedings are had, there be a trial by jury and judgment herein dismissing the claims of Charles Walker and Waste Connections Bayou, Inc., with prejudice, and at the plaintiff's and intervenor's costs.

Respectfully submitted;

PLAUCHÉ MASELLI PARKERSON LLP

BY:    /s/ *Joshua K. Vanderhooft*
LAUREN B. DIETZEN (#31444)
JOSHUA K. VANDERHOOFT (#34394)
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
Telephone: (504) 582-1142
Facsimile: (504) 582-1172
Email: ldietzen@pmpllp.com
Email: jvanderhooft@pmpllp.com
*ATTORNEY FOR JV MANUFACTURING, INC.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of December, 2023, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile or email and/or mailing the same by United States Mail, properly addressed and first class postage prepaid.

   /s/ *Joshua K. Vanderhooft*
JOSHUA K. VANDERHOOFT (#34394)