UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARLES WALKER | CIVIL ACTION NO.   6:23-CV-00970 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| WALMART INC ET AL | MAGISTRATE JUDGE DAVID J. AYO |

<u>AMENDED ORDER</u>

Due to a scheduling conflict,

IT IS ORDERED that the jury trial of this matter is set for July 6, 2026, at 9:30 a.m., before Judge Summerhays in Courtroom 3, Lafayette, Louisiana.

IT IS FURTHER ORDERED that the pretrial conference is set for June 23, 2026, at 10:00 a.m. before Judge Summerhays.

IT IS FURTHER ORDERED that the Clerk of Court shall vacate the current scheduling order and issue a new scheduling order in this matter beginning with the deadline for Plaintiff's Expert Info/Reports.

Signed at Lafayette, Louisiana on this 17th day of April, 2025.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE