UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHARLES WALKER**  **CASE NO. 6:23-CV-00970**

**VERSUS**  **JUDGE ROBERT R. SUMMERHAYS**

**WALMART INC ET AL**  **MAGISTRATE JUDGE DAVID J. AYO**

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | August 27, 2025 | Presiding: | Magistrate Judge David J. Ayo |
| Court Opened: | 10:59 AM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 11:45 AM | Court Reporter: | Beth Delatte |
| Statistical Time: | 00:46 | Courtroom: | CR7 |

### APPEARANCES

| | | |
|---|---|---|
| Richard R Kennedy and Richard R Kennedy III | For | Charles Walker, Plaintiff |
| Meredith Renee Durham | For | J V Manfacturing Inc, Defendant |

### PROCEEDINGS

Case called for oral argument on **Motion for Protective Order and *Objection to Requests for Admission* [Rec. Doc. 49],** filed by **J V Manfacturing Inc**.

The Court received correspondents from counsel for WalMart Inc, representing that all matters have been resolved regarding the pending **Motion to Quash *and* Motion for Protective Order [Rec. Doc. 50].** Counsel for the plaintiff confirmed on the record that the matter has been resolved, therefore IT IS ORDERED that the Motion to Quash and Motion for Protective Order is DENIED AS MOOT.

For the reasons stated on the record, this Court finds that the Motion for Protective Order and *Objection to Requests for Admission* [Rec. Doc. 49] is DENIED. IT IS FURTHER ORDERED that J V Manfacturing Inc issue responses within 14 days of today's hearing.